UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOANNE J. CALCAGNO**,                                    Civil Case No. 3:12-CV-02090-KI

       Plaintiff,

                                        JUDGMENT

                     v.

**COMMISSIONER,** Social Security Administration,

       Defendant.

       Karen Stolzberg
       11830 SW Kerr Parkway, #315
       Lake Oswego, Oregon  97035

             Attorney for Plaintiff

       S. Amanda Marshall
       United States Attorney
       District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97201-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this   2nd   day of December, 2013.

    /s/ Garr M. King
    Garr M. King
    United States District Judge